# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>BROWN, TRISH M. | 2. Court or Organization<br><br>U.S. BANKRUPTCY COURT, OREGON | 3. Date of Report<br><br>04/17/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>BANKRUPTCY JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |
| 7. Chambers or Office Address<br><br>1050 SW SIXTH AVE., SUITE 700<br>PORTLAND, OR 97204 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Treasurer | Oregon Division, United States Fencing Association |
| 2. Treasurer | National Conference of Bankruptcy Judges |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | FIDELITY NATIONAL MANAGEMENT - SALARY |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐  NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Oregon State Bar (OSB) | 09/13/19 to 09/14/19 | Cannon Beach, OR | OSB Annual Meeting, Debtor-Creditor Section | Lodging and mileage |
| 2. | National Conference of Bankrupcy Judges | 10/30/19 to 11/02/19 | Washington, DC | Annual Meeting, Commitee Meeting, and Board of Governors Meeting | Airfare, lodging (2 nights), and meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BROWN, TRISH M.** | 04/17/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROWN, TRISH M. | 04/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. MORGAN STANLEY SMITH BARNEY ROLLOVER IRA (H) | | | | | | | | | |
| 2. - Cons Staples Sel Sect SPDR FD (XLP) | A | Dividend | K | T | | | | | |
| 3. - Health Care Sel Sect SPDR FD (XLV) | A | Dividend | K | T | | | | | |
| 4. - Industrial Sel Sec SPDR Fd (XLI) | A | Dividend | K | T | | | | | |
| 5. - Vanguard Extended Mkt ETF (VXF) | A | Dividend | L | T | | | | | |
| 6. - Invesco SSP 500 Quality ETF fka Powershares S&P High Quality (SPHQ) | A | Dividend | K | T | | | | | |
| 7. - Vanguard Growth ETF (VUG) | B | Dividend | M | T | | | | | |
| 8. - Vanguard Value ETF Index (VTV) | B | Dividend | L | T | | | | | |
| 9. - Investco QQQ Trust Series I fka Powershares QQQ TR (QQQ) | A | Dividend | M | T | | | | | |
| 10. - IShares SP Smallcap 600 Index (IJR) | A | Dividend | L | T | | | | | |
| 11. - SPDR S&P Midcap 400 ETF Trust (MDY) | B | Dividend | L | T | | | | | |
| 12. - Invesco Wilderhill Clean Energy fka Powershares Winderhill ... (PBW) | A | Dividend | J | T | | | | | |
| 13. - Ishares IBOXX Invest Gr Cor. Fd (LQD) | A | Dividend | | | Sold | 10/25/19 | K | C | |
| 14. - Ishares DJ US Rl Est Index (IYR) | A | Dividend | J | T | | | | | |
| 15. - Ishares S&P Pref Stk Indx (PFF) | A | Dividend | K | T | | | | | |
| 16. - IShares MBS ETC fka Ishares Barclays MBS Bond Fund (MBB) | A | Dividend | K | T | | | | | |
| 17. - Vanguard FTSE Developed Markets (VEA) | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROWN, TRISH M. | 04/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. - Vanguard Dividend Appreciation (VIG) | A | Dividend | K | T | | | | | |
| 19. - Pimco Active Bond fka Total Return ETF (BND) | A | Int./Div. | K | T | Buy (add'l) | 10/25/19 | J | | |
| 20. - Ishares DJ US Home Construct (ITB) | A | Dividend | J | T | | | | | |
| 21. - Ishares MSCI Asia Ex-Japan ETC (AAXJ) | A | Dividend | K | T | | | | | |
| 22. - Utilities S4 Sect SPDR Fund (XLU) | A | Dividend | K | T | | | | | |
| 23. - MORGAN STANLEY BANK money market acct. | A | Interest | J | T | | | | | |
| 24. INTEL COMMON STOCK | A | Dividend | J | T | | | | | |
| 25. DISNEY COMMON STOCK | A | Dividend | K | T | | | | | |
| 26. Medtronic PLC | A | Dividend | K | T | | | | | |
| 27. NIKE COMMON STOCK | A | Dividend | L | T | | | | | |
| 28. PEPSI COMMON STOCK | A | Dividend | K | T | | | | | |
| 29. Chevron Texaco Corporation/Common Stock | A | Dividend | J | T | | | | | |
| 30. American Funds: EUROPACIFIC GROWTH FUND - MUTUAL FUND | B | Dividend | M | T | | | | | |
| 31. AQUILLA TAX FREE TRUST - MUTUAL FUND | A | Dividend | J | T | | | | | |
| 32. OREGONIAN FEDERAL CREDIT UNION - PORTLAND, OR | A | Interest | J | T | | | | | |
| 33. St. Helens Comm. Fed. Credit Union Accounts-St. Helens, OR | A | Interest | J | T | | | | | |
| 34. WELLS FARGO BANK ACCOUNTS - PORTLAND, OR | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROWN, TRISH M. | 04/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. BANK OF AMERICA - PORTLAND, OR | A | Interest | K | T | | | | | |
| 36. UBS Bank Account fka PAINEWEBBER RMA - PORTLAND, OR | A | Interest | J | T | | | | | |
| 37. Oregon College Savings Plan TIAFF Cref Age Base Portfolio (H) | | | | | | | | | |
| 38. - Agressive Portfolio | A | Dividend | K | T | | | | | |
| 39. UBS IRA ROLLOVER D T (H) | | | | | | | | | |
| 40. - UBS Bank USA Dep Acct | A | Interest | J | T | | | | | |
| 41. - Janus Henderson Intl Opportunities Fund fka Henderson ... (HFOIX) | A | Dividend | L | T | Sold (part) | 02/25/19 | J | A | |
| 42. | | | | | Sold (part) | 08/06/19 | J | A | |
| 43. - Oppenheimer Developing Markets Fund Class A (ODVYX) | A | Dividend | K | T | | | | | |
| 44. - Touchstone Sands Capital (CFSIX) | A | Dividend | L | T | Sold (part) | 04/25/19 | J | A | |
| 45. - Templeton Glbal Fund (TGBAX) | B | Dividend | K | T | | | | | |
| 46. - Loomis Sayles Bond Fund Class Retail (LSBDX) | B | Dividend | L | T | | | | | |
| 47. - First Eagle Global Fund (SGIIX) | A | Dividend | L | T | | | | | |
| 48. - Franklin Income ADV (FRIAX) | B | Dividend | K | T | Sold (part) | 10/25/19 | J | A | |
| 49. - Diamond Hill Small Midcap (DHMIX) | A | Dividend | K | T | | | | | |
| 50. - AIG Focused Div Strategy fka Sun America Foc. Div. Strategy (FDSWX) | B | Dividend | L | T | | | | | |
| 51. - Principal Preferred Securities (PPSPX) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROWN, TRISH M. | 04/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. - RMB Mendon Financial Services Fund (RMBKX) | A | Dividend | K | T | | | | | |
| 53. - Double Line Total Return Fund Instl. (DBLTX) | B | Dividend | K | T | | | | | |
| 54. - INY Science & Technology (ISTIX) | A | Distribution | K | T | | | | | |
| 55. - Alpha Centric Income Opportunities Fund Class (IOFIX) | B | Dividend | K | T | | | | | |
| 56. - Vangard Industrials Index Fund Admiral (VINAX) | A | Dividend | K | T | | | | | |
| 57. Charles Schwab Investor Checking | A | Int./Div. | J | T | | | | | |
| 58. Charles Schwab Investment Acct. | B | Int./Div. | L | T | | | | | |
| 59. - Schwab Value Advantage M (SWVXX) | B | Int./Div. | L | T | | | | | |
| 60. - Money Market | A | Interest | K | T | | | | | |
| 61. Northwest Mutual Financial Network (whole life insurance) | B | Dividend | K | T | | | | | See Part VIII. |
| 62. FIDELITY NATIONAL FINANCIAL GROUP 401(k) PROFIT SHARING PLAN (H) | | | | | | | | | See Part VIII. |
| 63. - Vanguard Wellington Admir | | | | | Sold | 03/04/19 | N | E | |
| 64. - FNF 401K Stock Fund | A | Dividend | J | T | | | | | |
| 65. - Black Knight Frozen Stock Fund | A | Dividend | J | T | | | | | |
| 66. - CNNE Frozen Stock Fund | A | Dividend | J | T | | | | | |
| 67. - Blackrock Life Path Index Fund Retrc | A | Dividend | N | T | Buy | 03/04/19 | N | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROWN, TRISH M. | 04/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. UBS (H) | | | | | | | | | |
| 69. - UBS Bank USA Dep. Acct. | A | Interest | J | T | | | | | |
| 70. - AT&T Inc. (T ) | B | Dividend | K | T | | | | | |
| 71. - Dominion Energy Inc. (D) | B | Dividend | K | T | | | | | |
| 72. - Duke Energy Corp New (DUK) | B | Dividend | K | T | | | | | |
| 73. - Exxon Mobiol Corp (XOM) | B | Dividend | K | T | | | | | |
| 74. - Franklin Street Properties Corp REITS (FSP) | A | Dividend | J | T | | | | | |
| 75. - Genl Electric Co. (GE) | A | Dividend | J | T | | | | | |
| 76. - Royal Dutch Shell PLC (RDSB) | A | Dividend | J | T | | | | | |
| 77. - Certificate of Deposit | A | Interest | K | T | | | | | |
| 78. - Bond BMO Harris Bank NA IL US ███████ | A | Interest | K | T | | | | | |
| 79. - Bond JPMorgan Chase Bk OH US ███████ | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1.  Part VII, line 61, page 7.  No premium payment exceeded $1,000.00.

2.  Part VII, line 62, page 7.  Acquisitions of investments within Fidelity National Financial Group 401(k) Profit Sharing Plan did not exceed $1,000 on a per transaction basis.

| Name of Person Reporting | Date of Report |
|---|---|
| **BROWN, TRISH M.** | 04/17/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ TRISH M. BROWN**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544